**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| CITY OF BALTIMORE, *ex rel.* Ebony Thompson,<br><br>*Plaintiff*,<br>v.<br><br>QCX LLC, *et al*.,<br><br>*Defendants*. | Case No. 26-cv-03253<br><br>Hon. Richard D. Bennett |

**STIPULATION REGARDING MODIFICATION OF**
**THE BRIEFING SCHEDULE FOR THE CITY'S MOTION TO REMAND**

Plaintiff, the City of Baltimore (the "City"), and Defendants QCX LLC, Blockratize Inc., and QC Tech LLC (collectively, "Defendants," and together with the City, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on August 13, 2026, the City filed its Complaint in the Circuit Court for Baltimore City, captioned *City of Baltimore, ex rel. Ebony Thompson v. QCX LLC et al.*, Case No. C-24-CV-26-005535 (the "Action");

**WHEREAS**, on August 17, 2026, Defendant QCX LLC, with the consent of all other Defendants, removed the Action to the United States District Court for the District of Maryland, where it was assigned Case No. 1:26-cv-03253-RDB;

**WHEREAS**, on September 16, 2026, the City filed its Motion to Remand the Action to state court pursuant to 28 U.S.C. § 1447(c), ECF No. 22;

**WHEREAS**, under Local Rule 105.2.a, Defendants' opposition to the Motion to Remand is currently due on September 30, 2026, and the City's reply in further support of the Motion to Remand would be due on October 14, 2026;

**NOW, THEREFORE**, subject to the approval of the Court, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

**1.** **Extension of Time to File Opposition to Motion to Remand to October 21, 2026**. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rules 105.2.a and 105.9, the Parties jointly request that the Court extend Defendants' deadline to file their opposition to the Motion to Remand by 21 days, from September 30, 2026, to October 21, 2026. This request is made before the existing deadline expires, and good cause exists because counsel for Defendants have substantial competing briefing and case-management obligations in parallel proceedings in other jurisdictions, including *QCX, LLC v. Nessel*, No. 26-1552 (6th Cir.); *QCX, LLC v. Nessel*, No. 1:26-cv-00710 (W.D. Mich.); *QCX LLC v. Ellison*, No. 0:26-cv-02841 (D. Minn.); and *QCX LLC v. Nevada Gaming Control Board*, No. 93056 (Nev.), among others. Counsel for Defendants and the City have conferred and agree that a 21-day extension of the deadline is appropriate and will not prejudice any party.

**2.** **Extension of Time to File Reply in Further Support of Motion to Remand to November 25, 2026**. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rules 105.2.a and 105.9, the Parties jointly request that the Court extend the City's deadline to file its reply in further support of the Motion to Remand by 21 days, to November 25, 2026. If the Court grants the requested extension of Defendants' opposition deadline, the City's reply would be due 14 days thereafter on November 4, 2026, pursuant to Local Rule 105.2.a. A 21-day extension to November 25, 2026, is commensurate with the 21-day extension of Defendants' deadline to file

an opposition, and good cause exists for the reasons set forth above. Counsel for Defendants and the City have conferred and agree that a 21-day extension of the deadline is appropriate and will not prejudice any party.

This is the Parties' first request to extend these deadlines, and the requested extensions will not affect any other deadline in the Action.

**IT IS SO STIPULATED.**

Dated: September 23, 2026

**BALTIMORE CITY LAW DEPARTMENT**
By:
*/s/ Sara Gross*
Sara Gross
Ebony M. Thompson, City Solicitor
Thomas P.G. Webb
100 N. Holliday Street, Suite 101
Baltimore, MD 21202
ebony.thompson@baltimorecity.gov
sara.gross@baltimorecity.gov
tom.webb@baltimorecity.gov

**DICELLO LEVITT LLP**

Adam J. Levitt
Daniel R. Ferri*
Joseph Nelson*
Andrea Shang*
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel: (312) 214-7900
alevitt@dicellolevitt.com
dferri@dicellolevitt.com
jnelson@dicellolevitt.com
ashang@dicellolevitt.com

**Motions for Admission Pro Hac Vice Forthcoming*

***Counsel for Plaintiff***

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

*/s/ Tonya Kelly Cronin*
Tonya Kelly Cronin (Bar No. 27166)
Alison C. Schurick (Bar No. 19770)
Michael A. Brown (Bar No. 20814)
100 Light Street, 34th Floor
Baltimore, MD 21202
Telephone: 410.862.1049
tykelly@bakerdonelson.com
aschurick@bakerdonelson.com
mbrown@bakerdonelson.com

**GIBSON, DUNN & CRUTCHER LLP**

Orin Snyder*
Matt Benjamin*
Rachel Jackson*
Amanda LeSavage*
200 Park Avenue
New York, NY 10166
Telephone: 212.351.4000
osnyder@gibsondunn.com
mbenjamin@gibsondunn.com
rjackson@gibsondunn.com
alesavage@gibsondunn.com

Thomas H. Dupree, Jr.*
Jacob T. Spencer*
Adam I. Steene*
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: 202.955.8500
tdupree@gibsondunn.com
jspencer@gibsondunn.com
asteene@gibsondunn.com

**Admitted pro hac vice*

***Attorneys for Defendants***