**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| CITY OF BALTIMORE, *ex rel.* Ebony Thompson,<br><br>*Plaintiff*,<br>v.<br><br>QCX LLC, *et al*.,<br><br>*Defendants*. | Case No. 26-cv-03253<br><br>Hon. Richard D. Bennett |

**ORDER**

Upon consideration of the Parties' Stipulation Regarding Modification of the Briefing Schedule for the City's Motion to Remand, and good cause appearing therefor, it is hereby **ORDERED** that the Stipulation is **APPROVED**, and it is further **ORDERED** as follows:

**1.** Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants' deadline to file their opposition to the City's Motion to Remand (ECF No. 22) is extended from September 30, 2026 to **October 21, 2026**;

**2.** Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the City's deadline to file its reply in further support of the Motion to Remand is extended from October 14, 2026, to **November 25, 2026**.

**IT IS SO ORDERED.**

Dated: September 24, 2026

/s/
Judge Richard D. Bennett
United States District Judge